RAUL VEGA *v.* DEPARTMENT OF LIQUOR CONTROL
(13377)

DUPONT, C. J., and LAVERY and HENNESSY, Js.

Argued April 19—decision released May 16, 1995

*Brian Thomas Walsh,* for the appellant (plaintiff).

*Sharon M. Hartley,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.